## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
MIDDLE District of Florida

Case Number: 6:21-CV-1730-RBD-DCI

Plaintiff:
PATRICIA LOVE AND BRIAN CHAPMAN, ON BEHALF OF THEMSELVES AND
OTHERS SIMILARLY SITUATED,

vs.

Defendant:
J.M.S. ASSOCIATE MARKETING, LLC. D/B/A VIVIDHEAR,

For:
AVI R. KAUFMAN
KAUFMAN P.A.
400 NW 26TH STREET
MIAMI, FL 33127

Received by Edward Torres on the 28th day of October, 2021 at 9:58 am to be served on **J.M.S. ASSOCIATE MARKETING, LLC. D/B/A VIVIDHEAR C/O JOSETTE M. SELBERT, 551 S. APOLLO BLVD, SUITE 204, MELBOURNE, FL 32901**.

I, Edward Torres, do hereby affirm that on the **1st day of December, 2021** at **4:19 pm**, I:

**SERVED** the within named **LIMITED LIABILITY COMPANY** by leaving a true copy of this **SUMMONS IN A CIVIL ACTION, COMPLAINT, EXHIBITS, CIVIL COVER SHEET, ORDER, CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT, NOTICE OF PENDENCY OF OTHERS ACTIONS, UNIFORM CASE MANAGEMENT REPORT, NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE** at the address of **551 S. APOLLO BLVD, SUITE 204, MELBOURNE, FL 32901** to **JOSETTE M. SELBERT** as **Manager** of the same, pursuant to F.S. 48.062.

**Description** of Person Served: Age: 57, Sex: F, Race/Skin Color: Tan, Height: 5'3", Weight: 175, Hair: Dark Brown, Glasses: N

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Certified Process Server in the circuit in which service was effected in accordance with Florida Statutes and I have no interest in the above action.

Edward Torres
CPS#644

Caplan & Caplan
12555 Orange Drive
#106
Davie, FL 33330
(954) 462-1800

Our Job Serial Number: CPN-2021031367

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2e

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

12/01/2021
4:19 PM
ET644

| | |
|---|---|
| PATRICIA LOVE AND BRIAN CHAPMAN, on behalf of themselves and others similarly situated, <br><br> *Plaintiff(s)* <br> v. <br> J.M.S. ASSOCIATE MARKETING, LLC d/b/a VIVIDHEAR, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 6:21-cv-1730-RBD-DCI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* J.M.S. ASSOCIATE MARKETING, LLC d/b/a VIVIDHEAR
c/o JOSETTE M SELBERT
551 S. APOLLO BOULEVARD, SUITE 204
MELBOURNE, FL 32901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Avi R. Kaufman
Kaufman P.A.
400 NW 26th St.
Miami, FL 33127

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Karina Cummings

Date: October 19, 2021

*Signature of Clerk or Deputy Clerk*