UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| PATRICIA LOVE AND BRIAN CHAPMAN, on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>J.M.S. ASSOCIATE MARKETING, LLC d/b/a VIVIDHEAR,<br><br>Defendant. | NO. 6:21-cv-01730-RBD-DCI |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs Patricia Love and Brian Chapman hereby give notice of the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

DATED this 3rd day of January, 2022.   Respectfully submitted,

/s/ Avi R. Kaufman
Avi R. Kaufman (Trial Counsel)
Florida State Bar # 84382
kaufman@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Attorney for Plaintiffs and the putative Class*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 3, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Avi R. Kaufman*