# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

PATRICIA LOVE and BRIAN
CHAPMAN, on behalf of themselves
and others similarly situated,

        Plaintiff,

v.                                       Case No:  6:21-cv-1730-RBD-DCI

J.M.S. ASSOCIATE MARKETING,
LLC d/b/a VIVIDHEAR,

        Defendants.

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc. 9) filed January 3, 2022.  No answer has been filed.  Accordingly, it is

**ORDERED** that this case is hereby **DISMISSED** without prejudice.  The Clerk is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 21, 2022.

ROY B. DALTON JR.
United States District Judge